JAMES J. CERBONE, ESQUIRE - 4036  
2430 HIGHWAY 34  
BUILIDNG B, SUITE 22  
WALL, NJ 08736  
(732) 681-6800  
Attorney for Debtor

**Order Filed on December 1, 2017  
by Clerk  
U.S. Bankruptcy Court  
District of New Jersey**

IN RE:       UNITED STATES BANKRUPTCY COURT  
               DISTRICT OF NEW JERSEY  
**BRIAN & BONNIE MCCANN**    CHAPTER 13  
               CASE NO.: 17-32785/KCF

DEBTOR

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: December 1, 2017**

Honorable Kathryn C. Ferguson  
United States Bankruptcy Judge

Debtors:  Brian & Bonnie McCann

Case Number: 17-32785/KCF

Caption of Order:  Order Extending the Automatic Stay as to All Creditors

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is extended to all creditors.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-32785-KCF
Brian McCann                                                                Chapter 13
Bonnie McCann
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1             Date Rcvd: Dec 01, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db/jdb         +Brian McCann,   Bonnie McCann,   20 Rhode Island Drive,   Jackson, NJ 08527-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              James J. Cerbone    on behalf of Joint Debtor Bonnie  McCann cerbonelawfirm@aol.com
              James J. Cerbone    on behalf of Debtor Brian  McCann cerbonelawfirm@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5