Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−32785−KCF
                        Chapter: 13
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian McCann                                   Bonnie McCann
   20 Rhode Island Drive                     20 Rhode Island Drive
   Jackson, NJ 08527                            Jackson, NJ 08527

Social Security No.:
   xxx−xx−5859                                    xxx−xx−9237

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on May 31, 2018.

    On 10/5/2018 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                  November 28, 2018
Time:                 10:00 AM
Location:            Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
     **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 10, 2018
JAN: vpm

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                    Case No. 17-32785-KCF
Brian McCann                                              Chapter 13
Bonnie McCann
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Oct 10, 2018
                               Form ID: 185             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db/jdb         +Brian McCann,    Bonnie McCann,    20 Rhode Island Drive,    Jackson, NJ 08527-1447
cr             +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                 Red Bank, NJ 07701-0610
517170531       Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
517237510       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517170535      +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517170539       David Faloni Jr,    Faloni & Associates,    165 Passaic Avenue 301B,    Fair Haven, NJ 07704
517170541      +ERC,    PO Box 1259,    Dept 98696,    Oaks, PA 19456-1259
517170542       ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517170544      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: FSB Blaze,     5501 S Broadband Lane,    Sioux Falls, SD 57108)
517170543      +First Premier Bank,    PO Box 5514,    Sioux Falls, SD 57117-5514
517170545      +Harwood Lloyd LLC/Howell Associates,     130 Main Street,    Hackensack, NJ 07601-7152
517208089      +JTMUA,    135 Manhattan Street,    Jackson, NJ 08527-2504
517170546      +Jackson Township,    95 West Veterans Highway,    Jackson, NJ 08527-3495
517170549      +LVNV Funding,    Attn: Faloni & Associates,    165 Passaic Avenue,    Fairfield, NJ 07004-3521
517170554      +Professional Account Management,    PO Box 3032,    Milwaukee, WI 53201-3032
517170555      +Six Flags Enterntainment Corp,    Attn: AARGON Collection Agency,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
517323910      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517333541      +TD Bank, N.A.,    C/O Richard J. Tracy, III, Esq.,    30 Montgomery Street., Suite 1205,
                 Jersey City, NJ 07302-3835
517803113      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517803114      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517170561      +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 00:59:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 00:59:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517170530      +E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2018 00:58:16      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517170533      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 01:05:16      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517170536       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 11 2018 00:58:57      Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
517170537      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2018 01:04:34      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
517170540       E-mail/Text: bankruptcy.bnc@ditech.com Oct 11 2018 00:58:52      Ditech Financial,    PO Box 6154,
                 Rapid City, SD 57709-6154
517213743       E-mail/Text: bankruptcy.bnc@ditech.com Oct 11 2018 00:58:52
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517170547       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 11 2018 00:58:22      Kohls,    PO Box 2893,
                 Milwaukee, WI 53201-2983
517170550      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 01:03:49      LVNV Funding LLC,
                 PO Box 10584,    Greenville, SC 29603-0584
517391597       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 01:04:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517392018       E-mail/Text: bkr@cardworks.com Oct 11 2018 00:58:04      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517170552       E-mail/Text: bkr@cardworks.com Oct 11 2018 00:58:04      Merrick,    PO Box 171379,
                 Salt Lake City, UT 84117-1379
517170553      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2018 00:59:22      Midland Funding,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517230640      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2018 00:59:22      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
517401287       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:04:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517285802       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:03:30
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,    Norfolk VA 23541
517285799       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:03:30
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517319474       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:04:26
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 10, 2018
                              Form ID: 185             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517319501         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:04:26
                    Portfolio Recovery Associates, LLC,    c/o RCS Direct Marketing/Orchard Bank,   POB 41067,
                    Norfolk VA 23541
517236266        +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2018 00:59:43      Premier Bankcard, Llc,
                    Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517386583         E-mail/Text: bnc-quantum@quantum3group.com Oct 11 2018 00:59:14
                    Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517170556         E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 01:04:07      SYNCB,   PO Box 965060,
                    Orlando, FL 32896-5060
517172244        +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 01:05:06      Synchrony Bank,
                    c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517205590        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2018 01:17:26      T Mobile/T-Mobile USA Inc,
                    by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517170560         E-mail/Text: bankruptcy@td.com Oct 11 2018 00:59:31      TD Bank,   32 Chestnut Street,
                    Lewiston, ME 04240
517264089        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2018 01:17:02      Verizon,
                    by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
517170532*        Barclay Card,   PO Box 13337,   Philadelphia, PA 19101-3337
517170534*       +Capital One Bank,    PO Box 71083,   Charlotte, NC 28272-1083
517170538*       +Credit One Bank,    PO Box 98875,   Las Vegas, NV 89193-8875
517170548*        Kohls,   PO Box 2893,   Milwaukee, WI 53201-2983
517170551*       +LVNV Funding LLC,    PO Box 10584,   Greenville, SC 29603-0584
517170557*        SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
517170558*        SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
517170559*        SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
517170562*       +United Teletech Financial FC,    205 Hance Avenue,   Eatontown, NJ 07724-2764
                                                                                              TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Bonnie  McCann cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Brian  McCann cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```