**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Brian & Bonnie McCann

Case No.: 17-32785  
Judge: KCF

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  Date: 10/5/2018

☒ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: JC    Initial Debtor: BM    Initial Co-Debtor: BM

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ _____849_____ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____48_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 800 |
| DOMESTIC SUPPORT OBLIGATION | | |
| JTMUA | Water/sewer | $2419.06 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ditech Financial | 20 Rhode Island Avenue Jackson NJ | $10,084.17 ($10,913.71- $829.54) | | $10,084.17 ($10,913.71- $829.54) | $1474 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| United Teletech | 2007 Toyota FJ Cruiser | $16629.95 | $14575 | | | 5.25% | $16603 |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| United Teletech | 2007 Jeep Liberty | $4000 | $4105.94 |
| Portfolio | 2011 Ford Explorer | $12485 | $15755 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ __10,000_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| United Teletech | 2007 Toyota FJ Cruiser | $16629 | $14575 | $16603 | | $26 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

    1) Ch. 13 Standing Trustee commissions

    2) Administrative Expenses

    3) Secured Claims

    4) Priority Claims & 5) General Unsecured Claims

    **d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 11/10/2017 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| debtor is now surrendering 2011 Ford Explorer | 2011 Ford Explorer is being surrendered |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 10/5/2018        /s/Brian McCann
                       Debtor

Date: 10/5/2018        /s/Bonnie McCann
                       Joint Debtor

Date: 10/5/2018        /s/James J Cerbone
                       Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Brian McCann  
Bonnie McCann  
    Debtors

Case No. 17-32785-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Oct 12, 2018  
                     Form ID: pdf901     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.

```
db/jdb         +Brian McCann,    Bonnie McCann,    20 Rhode Island Drive,    Jackson, NJ 08527-1447
cr             +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                 Red Bank, NJ 07701-0610
517170531       Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
517237510       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517170535      +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517170539       David Faloni Jr,    Faloni & Associates,    165 Passaic Avenue 301B,    Fair Haven, NJ 07704
517170541      +ERC,    PO Box 1259,    Dept 98696,    Oaks, PA 19456-1259
517170542       ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517170544      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: FSB Blaze,    5501 S Broadband Lane,    Sioux Falls, SD 57108)
517170543      +First Premier Bank,    PO Box 5514,    Sioux Falls, SD 57117-5514
517170545      +Harwood Lloyd LLC/Howell Associates,    130 Main Street,    Hackensack, NJ 07601-7152
517208089      +JTMUA,    135 Manhattan Street,    Jackson, NJ 08527-2504
517170546      +Jackson Township,    95 West Veterans Highway,    Jackson, NJ 08527-3495
517170549      +LVNV Funding,    Attn: Faloni & Associates,    165 Passaic Avenue,    Fairfield, NJ 07004-3521
517170554      +Professional Account Management,    PO Box 3032,    Milwaukee, WI 53201-3032
517170555      +Six Flags Enterntainment Corp,    Attn: AARGON Collection Agency,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
517323910      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517333541      +TD Bank, N.A.,    C/O Richard J. Tracy, III, Esq.,    30 Montgomery Street., Suite 1205,
                 Jersey City, NJ 07302-3835
517803113      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517803114      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK  73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517170561      +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517170530      +E-mail/Text: ally@ebn.phinsolutions.com Oct 13 2018 00:14:18     Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517170533      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 13 2018 00:19:24     Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517170536       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 13 2018 00:14:50     Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
517170537      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 13 2018 00:20:19     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
517170540       E-mail/Text: bankruptcy.bnc@ditech.com Oct 13 2018 00:14:43     Ditech Financial,    PO Box 6154,
                 Rapid City, SD 57709-6154
517213743       E-mail/Text: bankruptcy.bnc@ditech.com Oct 13 2018 00:14:43
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517170547       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2018 00:14:22     Kohls,    PO Box 2893,
                 Milwaukee, WI 53201-2983
517170550      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2018 00:20:32     LVNV Funding LLC,
                 PO Box 10584,    Greenville, SC 29603-0584
517391597       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2018 00:19:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517392018       E-mail/Text: bkr@cardworks.com Oct 13 2018 00:14:06     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517170552       E-mail/Text: bkr@cardworks.com Oct 13 2018 00:14:06     Merrick,    PO Box 171379,
                 Salt Lake City, UT 84117-1379
517170553      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2018 00:15:09     Midland Funding,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517230640      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2018 00:15:09     Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
517401287       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2018 00:19:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517285802       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2018 00:19:29
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,    Norfolk VA 23541
517285799       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2018 00:32:16
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517319474       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2018 00:21:08
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Oct 12, 2018
                              Form ID: pdf901          Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517319501       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2018 00:20:16
                 Portfolio Recovery Associates, LLC,   c/o RCS Direct Marketing/Orchard Bank,  POB 41067,
                 Norfolk VA 23541
517236266      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 13 2018 00:15:29      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517386583       E-mail/Text: bnc-quantum@quantum3group.com Oct 13 2018 00:15:01
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517170556       E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 00:20:59      SYNCB,   PO Box 965060,
                 Orlando, FL 32896-5060
517172244      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 00:20:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517205590      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2018 00:21:35      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517170560       E-mail/Text: bankruptcy@td.com Oct 13 2018 00:15:16      TD Bank,   32 Chestnut Street,
                 Lewiston, ME 04240
517264089      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2018 00:20:44      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517170532*      Barclay Card,   PO Box 13337,   Philadelphia, PA 19101-3337
517170534*     +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
517170538*     +Credit One Bank,   PO Box 98875,   Las Vegas, NV 89193-8875
517170548*      Kohls,   PO Box 2893,   Milwaukee, WI 53201-2983
517170551*     +LVNV Funding LLC,   PO Box 10584,   Greenville, SC 29603-0584
517170557*      SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
517170558*      SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
517170559*      SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
517170562*     +United Teletech Financial FC,   205 Hance Avenue,   Eatontown, NJ 07724-2764
                                                                                              TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Bonnie  McCann cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Brian  McCann cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Michael R. DuPont    on behalf of Creditor   United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```