JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**BRIAN & BONNIE MCCANN**

DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.:  17-32785/MBK

**ORDER AUTHORIZING DEBTORS TO OBTAIN POST PETITION FINANCING**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: November 19, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: Brian & Bonnie McCann

Case Number: 17-32785

Caption of Order:  Order Authorizing Debtors to obtain Post Petition Financing

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtor, upon reading documents submitted and good cause being shown:

**ORDERED** that the debtor is allowed to obtain post-petition financing pursuant to the terms outlined in the debtor's certification in support of the motion and it is further

O**RDERED** that the debtor is authorized to pay any additional costs associated with purchasing of real property; and it is further

**ORDERED** that the debtor shall continue making payments under the Plan as confirmed.