JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| **BRIAN & BONNIE MCCANN** | CHAPTER 13 |
| | CASE NO.:  17-32785/MBK |
| DEBTORS | |

### ORDER AUTHORIZING DEBTORS TO OBTAIN POST PETITION FINANCING

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: November 19, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: Brian & Bonnie McCann

Case Number: 17-32785

Caption of Order: Order Authorizing Debtors to obtain Post Petition Financing

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtor, upon reading documents submitted and good cause being shown:

**ORDERED** that the debtor is allowed to obtain post-petition financing pursuant to the terms outlined in the debtor's certification in support of the motion and it is further

O**RDERED** that the debtor is authorized to pay any additional costs associated with purchasing of real property; and it is further

**ORDERED** that the debtor shall continue making payments under the Plan as confirmed.

United States Bankruptcy Court

District of New Jersey

In re:  
Brian McCann  
Bonnie McCann  
    Debtor(s)

Case No. 17-32785-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Nov 19, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian McCann, Bonnie McCann, 20 Rhode Island Drive, Jackson, NJ 08527-1447 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
    docs@russotrustee.com

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew L. Spivack  
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon  
    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James J. Cerbone  
    on behalf of Joint Debtor Bonnie McCann cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 19, 2020 | Form ID: pdf903 | Total Noticed: 1 |

James J. Cerbone
    on behalf of Debtor Brian McCann cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

Michael R. DuPont
    on behalf of Creditor United Teletech Financial FCU dupont@redbanklaw.com  dana@redbanklaw.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Robert Davidow
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Sherri Jennifer Smith
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT ssmith@pincuslaw.com, nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12