Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−32785−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian McCann                                      Bonnie McCann
   20 Rhode Island Drive                         20 Rhode Island Drive
   Jackson, NJ 08527                               Jackson, NJ 08527

Social Security No.:
   xxx−xx−5859                                        xxx−xx−9237

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       1/5/21
Time:      01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone

COMMISSION OR FEES
fee: $1687.50

EXPENSES
expenses: $

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 24, 2020
JAN: kmm

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brian McCann  
Bonnie McCann  
    Debtor(s)

Case No. 17-32785-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 137 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian McCann, Bonnie McCann, 20 Rhode Island Drive, Jackson, NJ 08527-1447 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | United Teletech Financial FCU, Attn: Michael R. DuPont, Esq, 229 Broad St., PO Box 610, Red Bank, NJ 07701-0610 |
| 517170531 | | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517237510 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517170539 | | David Faloni Jr, Faloni & Associates, 165 Passaic Avenue 301B, Fair Haven, NJ 07704 |
| 517170540 | | Ditech Financial, PO Box 6154, Rapid City, SD 57709-6154 |
| 517213743 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517170541 | + | ERC, PO Box 1259, Dept 98696, Oaks, PA 19456-1259 |
| 517170544 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, FSB Blaze, 5501 S Broadband Lane, Sioux Falls, SD 57108 |
| 517170543 | + | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 517170545 | + | Harwood Lloyd LLC/Howell Associates, 130 Main Street, Hackensack, NJ 07601-7152 |
| 517208089 | + | JTMUA, 135 Manhattan Street, Jackson, NJ 08527-2504 |
| 517170546 | + | Jackson Township, 95 West Veterans Highway, Jackson, NJ 08527-3495 |
| 517170547 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 517170549 | + | LVNV Funding, Attn: Faloni & Associates, 165 Passaic Avenue, Fairfield, NJ 07004-3521 |
| 517170554 | + | Professional Account Management, PO Box 3032, Milwaukee, WI 53201-3032 |
| 517170555 | + | Six Flags Enterntainment Corp, Attn: AARGON Collection Agency, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 517323910 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517333541 | + | TD Bank, N.A., C/O Richard J. Tracy, III, Esq., 30 Montgomery Street., Suite 1205, Jersey City, NJ 07302-3835 |
| 517803113 | + | U.S. Bank Trust, N.A., as Trustee for LSF10 Master, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517803114 | + | U.S. Bank Trust, N.A., as Trustee for LSF10 Master, 13801 Wireless Way, Oklahoma City, OK 73134, U.S. Bank Trust, N.A., as Trustee for LS, 13801 Wireless Way Oklahoma City, OK 73134-2500 |
| 517170561 | + | United Teletech Financial FC, 205 Hance Avenue, Eatontown, NJ 07724-2764 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517170530 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 24 2020 21:19:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517170533 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:26:13 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517170535 | + | Email/Text: mediamanagers@clientservices.com | | |

Case 17-32785-MBK    Doc 91    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 137 | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | Nov 24 2020 21:19:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 517170536 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517170537 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2020 22:27:29 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517170542 | Email/Text: bknotice@ercbpo.com | Nov 24 2020 21:21:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517170550 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:27:35 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 517391597 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:27:35 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517392018 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2020 22:28:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517170552 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 24 2020 22:26:05 | Merrick, PO Box 171379, Salt Lake City, UT 84117-1379 |
| 517170553 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2020 21:20:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 517230640 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2020 21:20:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517401287 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 22:27:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517285802 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 22:27:32 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517285799 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 22:28:50 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517319474 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 22:27:32 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517319501 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 22:27:32 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517236266 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2020 21:21:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517386583 | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2020 21:20:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517170556 | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:27:22 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517172244 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:28:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517205590 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 24 2020 22:27:39 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517170560 | Email/Text: bankruptcy@td.com | Nov 24 2020 21:21:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518945757 | + Email/Text: bknotices@snsc.com | Nov 24 2020 21:21:00 | US Bank NA, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518945758 | + Email/Text: bknotices@snsc.com | Nov 24 2020 21:21:00 | US Bank NA, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank NA, c/o SN Servicing Corporation 95501-0305 |

| 517857003 | | Email/Text: laura@redbanklaw.com | | |
|---|---|---|---|---|
| | | | Nov 24 2020 21:19:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517264089 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Nov 24 2020 22:26:25 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517170532 | * | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517170534 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517170538 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517170548 | * | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 517170551 | *+ | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518252019 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517170557 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517170558 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517170559 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517170562 | *+ | United Teletech Financial FC, 205 Hance Avenue, Eatontown, NJ 07724-2764 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

**Name**                **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Andrew L. Spivack
on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon
on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

James J. Cerbone
on behalf of Joint Debtor Bonnie McCann cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

James J. Cerbone

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 24, 2020 | Form ID: 137 | Total Noticed: 53 |

        on behalf of Debtor Brian McCann cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

Michael R. DuPont
        on behalf of Creditor United Teletech Financial FCU dupont@redbanklaw.com dana@redbanklaw.com

Rebecca Ann Solarz
        on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Robert Davidow
        on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Sherri Jennifer Smith
        on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT ssmith@pincuslaw.com, nj.bkecf@fedphe.com

Sindi Mncina
        on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST smncina@rascrane.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12