| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Brian McCann<br>Bonnie McCann<br><br><br>Debtor(s) | Case No.: 17-32785 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Anita Travea, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 7/20/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  7/20/2022                                                                        /s/  Anita Travea
                                                                                                        Anita Travea

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Brian McCann<br>Bonnie McCann<br>20 Rhode Island Drive<br>Jackson, NJ 08527 | Debtor(s) | Regular Mail |
| James J. Cerbone, Esq.<br>2430 Highway 34, Bldg. B<br>Suite 22<br>Manasquan, NJ 08736-1810 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |