Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−32785−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian McCann | Bonnie McCann |
| 20 Rhode Island Drive | 20 Rhode Island Drive |
| Jackson, NJ 08527 | Jackson, NJ 08527 |

Social Security No.:
   xxx−xx−5859                                      xxx−xx−9237

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 4, 2022.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2022
JAN: wiq

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 17-32785-MBK
Brian McCann                                                                                   Chapter 13
Bonnie McCann
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Aug 04, 2022     Form ID: 148     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian McCann, Bonnie McCann, 20 Rhode Island Drive, Jackson, NJ 08527-1447 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | United Teletech Financial FCU, Attn: Michael R. DuPont, Esq, 229 Broad St., PO Box 610, Red Bank, NJ 07701-0610 |
| 517170539 | | David Faloni Jr, Faloni & Associates, 165 Passaic Avenue 301B, Fair Haven, NJ 07704 |
| 517170540 | | Ditech Financial, PO Box 6154, Rapid City, SD 57709-6154 |
| 517213743 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517170545 | + | Harwood Lloyd LLC/Howell Associates, 130 Main Street, Hackensack, NJ 07601-7152 |
| 517208089 | + | JTMUA, 135 Manhattan Street, Jackson, NJ 08527-2504 |
| 517170546 | + | Jackson Township, 95 West Veterans Highway, Jackson, NJ 08527-3495 |
| 517170547 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 517170549 | + | LVNV Funding, Attn: Faloni & Associates, 165 Passaic Avenue, Fairfield, NJ 07004-3521 |
| 517170554 | + | Professional Account Management, PO Box 3032, Milwaukee, WI 53201-3032 |
| 517170555 | + | Six Flags Enterntainment Corp, Attn: AARGON Collection Agency, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 517323910 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517333541 | + | TD Bank, N.A., C/O Richard J. Tracy, III, Esq., 30 Montgomery Street., Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:38:00 | Midland Credit Management, Inc., PO Box 2011, Warren, MI 48090-2011 |
| 517170530 | | EDI: GMACFS.COM | Aug 05 2022 00:33:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517170531 | | EDI: TSYS2 | Aug 05 2022 00:33:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517170533 | + | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517237510 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 20:46:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517170535 | + | Email/Text: mediamanagers@clientservices.com | Aug 04 2022 20:37:00 | Client Services, 3451 Harry S Truman Blvd, Saint |

| | | | | |
|---|---|---|---|---|
| | | | | Charles, MO 63301-9816 |
| 517170536 | | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 517170537 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2022 20:46:24 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517170541 | ^ | MEBN | Aug 04 2022 20:37:24 | ERC, PO Box 1259, Dept 98696, Oaks, PA 19456-1259 |
| 517170542 | | Email/Text: bknotice@ercbpo.com | Aug 04 2022 20:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517170544 | ^ | MEBN | Aug 04 2022 20:36:32 | FSB Blaze, 5501 S Broadband Lane, Sioux Falls, SD 57108-2253 |
| 517170543 | + | EDI: AMINFOFP.COM | Aug 05 2022 00:33:00 | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 517170550 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 20:46:25 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 517391597 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 20:46:36 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517392018 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2022 20:46:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517170552 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2022 20:46:22 | Merrick, PO Box 171379, Salt Lake City, UT 84117-1379 |
| 517170553 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:38:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 517230640 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517401287 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517285802 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517285799 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517319474 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517319501 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517236266 | + | EDI: JEFFERSONCAP.COM | Aug 05 2022 00:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517386583 | | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517170556 | | EDI: RMSC.COM | Aug 05 2022 00:33:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517172244 | + | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517205590 | + | EDI: AIS.COM | Aug 05 2022 00:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517170560 | | EDI: TDBANKNORTH.COM | Aug 05 2022 00:33:00 | TD Bank, 32 Chestnut Street, Lewiston, ME |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | 04240 |
| 517803114 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 04 2022 20:38:00 | U.S. Bank Trust, N.A., as Trustee for LSF10 Master, 13801 Wireless Way, Oklahoma City, OK 73134, U.S. Bank Trust, N.A., as Trustee for LS, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517803113 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 04 2022 20:38:00 | U.S. Bank Trust, N.A., as Trustee for LSF10 Master, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517170561 | | Email/Text: opsdept@utcu.org | Aug 04 2022 20:37:00 | United Teletech Financial FC, 205 Hance Avenue, Eatontown, NJ 07724 |
| 518945757 | ^ | MEBN | Aug 04 2022 20:37:33 | US Bank NA, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518945758 | ^ | MEBN | Aug 04 2022 20:37:33 | US Bank NA, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank NA, c/o SN Servicing Corporation 95501-0305 |
| 517857003 | | Email/Text: laura@redbanklaw.com | Aug 04 2022 20:37:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517264089 | + | EDI: AIS.COM | Aug 05 2022 00:33:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517170532 | * | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517170534 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517170538 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517170548 | * | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 517170551 | *+ | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518252019 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517170557 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517170558 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517170559 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517170562 | *P++ | UNITED TELETECH FINANCIAL FEDERAL CREDIT UNION, 205 HANCE AVE, TINTON FALLS NJ 07724-2764, address filed with court:, United Teletech Financial FC, 205 Hance Avenue, Eatontown, NJ 07724 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022    Signature:    /s/Gustava Winters

Case 17-32785-MBK    Doc 101    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Joint Debtor Bonnie McCann cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor Brian McCann cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial FCU dupont@redbanklaw.com lori@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9